UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     **SEALED**
                                        **NOTICE OF INTENT TO FILE**
       - v. -                 :     **INFORMATION**

MANUEL DAVID TINEO,               :     08 Cr. ____
   a/k/a "David,"
                                  :
          Defendant.
- - - - - - - - - - - - - - - - x

ORIGINAL
08 CRIM 341
JUDGE BATTS

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
       April 2, 2008

                          MICHAEL J. GARCIA
                          United States Attorney

              By: _____
                   PARVIN MOYNE
                   Assistant United States Attorney

             AGREED AND CONSENTED TO:

              By: _____
                   Attorney for MANUEL DAVID TINEO

4/3/08 WHEEL A