UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA     :     INFORMATION

    -v.-     :     08 Cr.

MANUEL DAVID TINEO,     :
  a/k/a "David,"
                  Defendant.     :

- - - - - - - - - - - - - - - - - - -X

COUNT ONE

The United States Attorney charges:

1. From at least in or about 2005, up to and including in or about January 2008, in the Southern District of New York and elsewhere, MANUEL DAVID TINEO, a/k/a "David," the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that MANUEL DAVID TINEO, a/k/a "David," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

3.  As a result of committing the controlled substance offense alleged in Count One of this Information, MANUEL DAVID TINEO, a/k/a "David," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

5.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture

of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

                                        _____
                                        MICHAEL J. GARCIA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MANUEL DAVID TINEO,
a/k/a "David,"

Defendant.

Information
08 Cr. (___)

(21 U.S.C. § 846)

MICHAEL J. GARCIA
United States Attorney.