UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CRIM 341

============================================

| UNITED STATES OF AMERICA | X | |
|---|---|---|
| | X | CONSENT TO PROCEED BEFORE |
| -against- | X | A UNITED STATES MAGISTRATES |
| | X | JUDGE ON A FELONY PLEA |
| | X | ALLOCUTION., |
| Manuel Tineo   Defendant | X | Docket # 08 Cr. _____ (DAB) |

============================================

The undersigned defendant, advised by his or her undersigned attorney, consents to a United States Magistrates Judge presiding over the proceedings required by Rule11, Fed. R. Crim., for me to enter a plea of guilty in my case, or to change my plea, if one has been previously made, from not guilty to guilty. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no threats or promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

IN WITNESS WHEREOF we have executed this consent this ___11th___ day of ___April___, 20_08_ at ___New York___, New York.

x_____          x_____
       Defendant                              Attorney for Defendant

                          Accepted by: _James C. Francis IV_
                                       United States Magistrates Judge

[ELECTRONICALLY FILED 4/11/08]